IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LETICIA-TYSHALLE REED,
on behalf of her son TYREE BENNETT,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

No. 2:10-cv-02574 KJN PS

ORDER and
FINDINGS AND RECOMMENDATIONS

        On September 22, 2010, plaintiff, proceeding without counsel, filed a complaint challenging the Administrative Law Judge's decision in an underlying social security administrative proceeding. (Dkt. No. 1.) Plaintiff purported to bring this action on behalf of her minor son, Tyree Bennett. On October 7, 2010, this court ordered that plaintiff Leticia-Tyshalle Reed may not represent her minor son in this action without counsel. (Dkt. No. 3.) Thus, the court granted plaintiff 30 days from the date of that order to retain legal representation for Tyree Bennett. The docket in this action reflects that plaintiff has not obtained counsel to date.

////

////

1

1       Accordingly, it is HEREBY ORDERED that the Clerk of Court randomly assign a district judge to this case, and

3       IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

5       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Id.; see also Local Rule 304(b).  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed with the court and served on all parties within fourteen days after service of the objections.  Local Rule 304(d).  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

DATED: November 22, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE